IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT ANDERSON,  )
                            )  2:09-cv-00220-GEB-EFB
        Plaintiff,  )
                            )  ORDER RE: SETTLEMENT
    v.  )  AND DISPOSITION
                            )
MANN BRACKEN, LLC,  )
                            )
        Defendant.  )
_____)

        On September 29, 2009 the parties filed a Notice of Settlement in which they state they have "reached settlement of the present matter and are in the process of finalizing settlement." Further, the parties state that they expect to finalize the settlement within the next 40 days. Therefore, a dispositional document shall be filed no later than November 9, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: October 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1